IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-cv-01247-AP**

**VALERIE J. WORTHINGTON,**

        Plaintiff,

vs.

**JOANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

---

Kane, Judge

    The Court has considered the Response to the Order to Show Cause (doc.#4), filed July 18, 2005. Sufficient cause having been shown, it is

    ORDERED the Order to Show Cause is DISCHARGED. The Complaint is deemed timely filed.

    DATED at Denver, Colorado this 19th day of July, 2005.

                        BY THE COURT:

                        S/**John L. Kane**
                        Senior Judge, United States District Court