IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-01247-AP**

**VALERIE J. WORTHINGTON,**

        Plaintiff,

vs.

**JOANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER DISMISSING CASE

**KANE, J. ORDERS**

No response has been received to the March 29, 2006 Order to Show Cause. It is, therefore

**ORDERED** that this case is dismissed without prejudice pursuant to Rule 4(m), Federal Rules of Civil Procedure.

DATED at Denver, Colorado this 17th day of April, 2006.

        BY THE COURT:

        S/John L. Kane
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT